UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Securities and Exchange Commission
                                        Plaintiff,

v.                                                        Case No.: 1:25−cv−00553
                                                       Honorable Edmond E. Chang

Arthur P. Pizzello, Jr., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) On review of the SEC's motion to enter partial judgments (resolving liability) [6], and on review of the Complaint, the motion is granted. The Defendants waived the right to notice in advance of entry of these negotiated judgments. Having said that, of course defense counsel should file attorney appearances as promptly as possible. In the meantime, the SEC shall inform the defense counsel of the granting of the motion. (2.) The parties shall file a status report on or before 02/07/2025, proposing the litigation steps necessary to determine monetary relief. In prior cases of this kind over which the Court has presided, the parties did not need additional discovery (at least formal discovery), but the parties here may propose whatever reasonable steps should be taken. Although the parties shall generally use the joint initial status report attached to this entry, they may skip any non−relevant parts. SEC must still file the report even if Defendants has not responded to requests to craft a joint report. If not all Defendants have been served, then the SEC must complete the part of the report on the progress of service. Also, counsel (or the parties, if proceeding pro se) must carefully review Judge Chang's Case Management Procedures, available online at ilnd.uscourts.gov (navigate to Judges / District Judges / Judge Edmond E. Chang). Because the Procedures are occasionally revised, counsel (or the party, if proceeding pro se) must read them anew even if the counsel or the party has appeared before Judge Chang in other cases. To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 02/14/2025 at 8:30 a.m. The Court will set a schedule based on the written status report. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.