UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MARSICO, ARTHUR P. PIZZELLO, JR., ROBERT QUATTROCCHI, AND TIMOTHY CAREY,<br><br>Defendants. | Case No.: 1:25-cv-00553<br><br>Honorable Edmond E. Chang |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated March 13, 2025 (ECF No. 28), Plaintiff U.S. Securities and Exchange Commission ("SEC"), Defendants Anthony Marsico ("Marsico"), Arthur P. Pizzello, Jr. ("Pizzello"), and Robert Quattrocchi ("Quattrocchi") hereby submit this Joint Status Report. The SEC has unsuccessfully attempted to contact Defendant Timothy Carey's ("Carey") attorney in connection with this joint status report.

**1. Status of Settlement Discussions**

On January 17, 2025, the Court entered partial Judgments by consent against Defendants Quattrocchi and Pizzello which contain injunctions permanently barring them from violations of each of the provisions of the federal securities laws at issue in the Complaint. (ECF Nos. 9 - 10). The Judgments further provide that the monetary relief sought by the SEC – in the form of disgorgement, prejudgment interest, and civil penalties – shall be determined by the Court at a later date. *Id*.

1

On March 13, 2025, the Court granted Defendant Marsico's Motion for a Stay of Proceedings and stayed the proceedings in this matter as to Marsico until the parallel criminal matter, *US v. Marsico et al.*, Crim. No.1:25-cr-00030 (N.D. Ill.), is concluded. (ECF No. 28).

The SEC has reached a potential resolution with Pizzello and Quattrocchi of the only outstanding issue of monetary relief. However, that potential resolution requires the formal approval of the SEC's Commissioners. Accordingly, counsel for the SEC will circulate the parties' proposals within the SEC for review and comment, and then will submit that proposal to the SEC's Commissioners for their review and decision. This process will likely take approximately eight weeks, but the SEC will apprise the Court if it concludes earlier.

The SEC is continuing to engage in settlement discussions with Carey but has not yet reached a potential resolution of the SEC's claims against him.

2. **Status of the Criminal Case**

Marsico's counsel advises that the status of his criminal case is that the prosecution is continuing to produce discovery, which is extensive. The next scheduled court date in that parallel criminal case is July 15, 2025, at which time – according to counsel for Marsico – the Court will likely enter a pretrial motion schedule.

On February 4, 2025, Quattrocchi entered into a deferred-prosecution agreement. (*US v. Marsico et al.*, ECF No. 30). On February 11, 2025, Pizzello entered into a deferred-prosecution agreement. (*Id.*, ECF No. 37). On April 9, 2025, Carey entered into a deferred-prosecution agreement. (*Id.*, ECF No. 51). Each of the deferred prosecution agreements (1) defer prosecution on the indictment for 18 months or until cooperation with the US government is completed, and (2) state that Defendants "shall pay any civil disgorgement, penalties, and interest owed to the United States Securities and Exchange Commission."

Dated: May 23, 2025

By: /s/ Patrick W. Blegen
Patrick W. Blegen
BLEGEN & ASSOCIATES
53 West Jackson Boulevard
Suite 1424
Chicago, Illinois 60604
Pblegen@blegengarvey.com
Phone: (312) 957-0100
Todd S. Pugh
Chelsy Lynn Van Overmeiren
BREEN & PUGH ATTORNEYS AT LAW
53 West Jackson Boulevard
Suite 1550
Chicago, Illinois 60604
Phone: (312) 360-1001
Tpugh@breenpughlaw.com
Cvano@breenpughlaw.com
*Attorneys for Defendant Anthony Marsico*

Respectfully submitted,

By: /s/ Ashley E. Dalmau Holmes
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Ashley E. Dalmau Holmes
Timothy S. Leiman
Richard G. Stoltz
175 W. Jackson Blvd.
Suite 1450
Chicago, Illinois 60604
Phone: (312) 353-3790
DalmauHolmesA@sec.gov
LeimanT@sec.gov
StoltzR@sec.gov
*Attorneys for the Plaintiff*

By: /s/ Donald John Angelini, Jr.
Donald John Angelini, Jr.
ANGELINI & DILEO PC
700 Commerce
Suite 500
Oak Brook, Illinois 60523
Phone: (312) 900-0100
Dangelini@aoalawoffice.com
*Attorney for Defendant Arthur P. Pizzello, Jr.*

By: /s/ Mason N. Floyd
Mason N. Floyd
William Gibbs Sullivan
CLARK HILL PLC
130 East Randolph Street
Suite 3900
Chicago, Illinois 60601
Phone: (312) 985-5900
Mfloyd@clarkhill.com
Wsullivan@clarkhill.com
*Attorney for Defendant Robert Quattrocchi*

## **CERTIFICATE OF SERVICE**

    I, Ashley E. Dalmau Holmes, an attorney for Plaintiff Securities and Exchange Commission, hereby certify that, on May 23, 2025, I caused true and correct copies of the foregoing Initial Joint Status Report to be served on all counsel of record via the CM/ECF system.

By: */s/ Ashley E. Dalmau Holmes*