UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>ANTHONY MARSICO, ARTHUR P. PIZZELLO, JR., ROBERT QUATTROCCHI, AND TIMOTHY CAREY,<br><br>                    Defendants. | Case No.: 1:25-cv-00553<br><br>Honorable Edmond E. Chang |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated May 27, 2025 (ECF No. 30), Plaintiff U.S. Securities and Exchange Commission ("SEC"), Defendants Anthony Marsico ("Marsico"), Arthur P. Pizzello, Jr. ("Pizzello"), and Robert Quattrocchi ("Quattrocchi"). The SEC has unsuccessfully attempted to contact Defendant Timothy Carey's ("Carey") attorney in connection with this joint status report.

1. **Status of Settlement Discussions**

On January 17, 2025, the Court entered partial Judgments by consent against Defendants Quattrocchi and Pizzello which contain injunctions permanently barring them from violations of each of the provisions of the federal securities laws at issue in the Complaint. (ECF Nos. 9 - 10). The Judgments further provide that the monetary relief sought by the SEC – in the form of disgorgement, prejudgment interest, and civil penalties – shall be determined by the Court at a later date. *Id*.

On March 13, 2025, the Court granted Defendant Marsico's Motion for a Stay of Proceedings and stayed the proceedings in this matter as to Marsico until the parallel criminal matter, *US v. Marsico et al.*, Crim. No.1:25-cr-00030 (N.D. Ill.), is concluded. (ECF No. 28).

The SEC has reached a potential resolution with Pizzello and Quattrocchi of the only outstanding issue of monetary relief. However, that potential resolution requires the formal approval of the SEC's Commissioners. Accordingly, counsel for the SEC has circulated the parties' proposals within the SEC for review and comment. Next, counsel will submit that proposal to the SEC's Commissioners for their review and decision. This process will likely take approximately four to six weeks, but the SEC will apprise the Court if it concludes earlier.

The SEC is continuing to engage in settlement discussions with Carey but has not yet reached a potential resolution of the SEC's claims against him.

2. **Status of the Criminal Case**

Marsico's counsel advises that the case is scheduled for a status hearing before Judge Kness on August 14, 2025. This hearing will address the defense's review of discovery materials. Marsico's counsel also advises that the government has informed the Court that the production is extensive and more time is needed to review. Marsico's counsel anticipates that the Court will set filing and briefing schedules for pretrial motions during this hearing. Additionally, Marsico's counsel expects to have a meeting with the government regarding discovery in the Fall. According to Marsico's counsel, a trial in this matter is not anticipated to commence any sooner than late 2026.

On February 4, 2025, Quattrocchi entered into a deferred-prosecution agreement. (*US v. Marsico et al.*, ECF No. 30). On February 11, 2025, Pizzello entered into a deferred-prosecution agreement. (*Id.*, ECF No. 37). On April 9, 2025, Carey entered into a deferred-prosecution

2

agreement. (*Id.*, ECF No. 51). Each of the deferred prosecution agreements (1) defer prosecution on the indictment for 18 months or until cooperation with the US government is completed, and (2) state that Defendants "shall pay any civil disgorgement, penalties, and interest owed to the United States Securities and Exchange Commission."

Dated: August 1, 2025

*[signature: Todd S. Pugh]*

Patrick W. Blegen
BLEGEN & ASSOCIATES
53 West Jackson Boulevard
Suite 1424
Chicago, Illinois 60604
Pblegen@blegengarvey.com
Phone: (312) 957-0100

Todd S. Pugh
Chelsy L. Van Overmeiren
BREEN & PUGH ATTORNEYS AT LAW
53 West Jackson Boulevard
Suite 1550
Chicago, Illinois 60604
Phone: (312) 360-1001
Tpugh@breenpughlaw.com
Cvano@breenpughlaw.com
*Attorneys for Defendant Anthony Marsico*

By: */s/ Donald Angelini, Jr.*
Donald John Angelini, Jr.
ANGELINI & DILEO PC
700 Commerce
Suite 500
Oak Brook, Illinois 60523
Phone: (312) 900-0100
Dangelini@aoalawoffice.com
*Attorney for Defendant Arthur P. Pizzello, Jr.*

Respectfully submitted,

By: */s/ Richard G. Stoltz*
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Ashley E. Dalmau Holmes
Timothy S. Leiman
Richard G. Stoltz
175 W. Jackson Blvd.
Suite 1450
Chicago, Illinois 60604
Phone: (312) 353-3790
DalmauHolmesA@sec.gov
LeimanT@sec.gov
StoltzR@sec.gov
*Attorneys for the Plaintiff*

3

By: */s/ Mason N. Floyd*
Mason N. Floyd
William Gibbs Sullivan
CLARK HILL PLC
130 East Randolph Street
Suite 3900
Chicago, Illinois 60601
Phone: (312) 985-5900
Mfloyd@clarkhill.com
Wsullivan@clarkhill.com
*Attorneys for Defendant Robert Quattrocchi*

## CERTIFICATE OF SERVICE

I, Richard G. Stoltz, an attorney for Plaintiff Securities and Exchange Commission, hereby certify that, on August 1, 2025, I caused true and correct copies of the foregoing Joint Status Report to be served on all counsel of record via the CM/ECF system.

By: */s/ Richard G. Stoltz*

4