UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MARSICO, ARTHUR P. PIZZELLO, JR., ROBERT QUATTROCCHI, AND TIMOTHY CAREY,<br><br>Defendants. | Civil Action No.: 1:25-cv-553<br><br><br><br>JURY TRIAL DEMANDED |

# NOTICE OF MOTION

To:

| | |
|---|---|
| Anthony Marsico<br>c/o Pat Blegen, Esq.<br>Blegen & Associates<br>53 West Jackson Boulevard<br>Suite 1424<br>Chicago, Illinois 60604<br>Phone: (312) 957-0100<br>pblegen@blegenlaw.com<br><br>c/o Todd Pugh, Esq.<br>Breen & Pugh Attorneys at Law<br>53 West Jackson Boulevard<br>Suite 1550<br>Chicago, Illinois 60604<br>Phone: (312) 320-2112<br>tpugh@breenpughlaw.com | Arthur P. Pizzello, Jr.<br>c/o Donald J. Angelini, Jr., Esq.<br>Angelini & DiLeo Law<br>155 N. Michigan Ave.<br>Suite 400<br>Chicago, Illinois 60601<br>Phone: (312) 900-0100<br>donald@angelinidileo.com |
| Robert Quattrocchi<br>c/o Mason Floyd, Esq.<br>Clark Hill PLC.<br>130 E. Randolph Street | Tim Carey<br>c/o Robert Rascia, Esq.<br>Law Offices of Robert Louis Rascia, Ltd<br>650 North Dearborn |

| | |
|---|---|
| Suite 3900<br>Chicago, Illinois 60601<br>Phone: (312) 339-1733<br>mfloyd@clarkhill.com | Suite 700<br>Chicago, Illinois 60654<br>Phone: (312) 994-9100<br>rrascia@rasciadefense.com |

      PLEASE TAKE NOTICE THAT at 8:30 AM on Thursday September 18, 2025, or at the earliest opportunity of the Court, the undersigned will appear before Judge Edmond E. Chang of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, Room 2341 and present **PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S AGREED MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS ARTHUR P. PIZZELLO, JR. AND ROBERT QUATTROCCHI** (Dkt. # 36).

Dated: September 9, 2025

Respectfully submitted,

By: */s/ Ashley E. Dalmau Holmes*
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Ashley E. Dalmau Holmes (DalmauHolmesA@sec.gov)
One of the Attorneys for Plaintiff
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Phone:     (312) 353-3790
Facsimile:   (312) 353-7398